IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
Ashley Marie Mack

Debtor      Case No: 15-20630-13

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtor has failed to maintain payments as required under 11 U.S.C. Section 1326. The Trustee calculates the current default amount as $264.37 through February 2017. If the Debtor has obtained new employment the Trustee requests the Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

If payments are not received by the 30th of each month, the Trustee requests an Order permitting dismissal of the case without further notice or hearing.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated: March 27, 2017

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com